## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HALSTEAD BEAD, INC., an Arizona corporation, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 2:21-cv-02106 |
| KIMBERLY LEWIS, in her official capacity as Louisiana Secretary of Revenue, and | JUDGE: JANE TRICHE MILAZZO |
| | MAGISTRATE: KAREN WELLS ROBY |
| AMANDA GRANIER, in her official capacity as Sales and Use Tax Administrator of Lafourche Parish, Louisiana, and | |
| DONNA DRUDE, in her official capacity as Sales and Use Tax Administrator of Tangipahoa Parish, Louisiana, and | |
| JAMIE BUTTS, in her official capacity as Sales Tax Auditor, Washington Parish, Louisiana, and | |
| LAFOURCHE PARISH, LOUISIANA, a Home Rule Chartered Parish, and | |
| TANGIPAHOA PARISH, LOUISIANA, a Home Rule Chartered Parish, and | |
| WASHINGTON PARISH, LOUISIANA, a Home Rule Chartered Parish, | |
| *Defendants.* | |

## JOINT *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

NOW INTO COURT, through undersigned counsel, come Defendants, AMANDA

GRANIER, in her official capacity as Sales Tax Collector, Lafourche Parish, Louisiana; DONNA

DRUDE, in her official capacity as Sales and Use Tax Administration of Tangipahoa Parish,

Louisiana, and JAMIE BUTTS, in her official capacity as Sales Tax Auditor, Washington Parish,

Louisiana, who, for the reasons set forth in the accompanying Memorandum in Support, hereby

collectively move this Honorable Court for leave to file a Memorandum in Support of Motion to Dismiss which exceeds the 25-page limit under LR 7.7.

This the 22nd day of December 2021.

**SIGNATURE BLOCKS CONTAINED ON THE FOLLOWING PAGE**

RESPECTFULLY SUBMITTED,

*s/ Patrick M. Amedee*

_____
PATRICK M. AMEDEE (#2448)
CATHERINE MASTERSON (#32575)
JOSEPH Z. LANDRY (#37762)
627 Jackson Street, Suite B (70301)
P.O. Box 1092
Thibodaux, LA  70302-1092
Telephone:      (985) 446-4811
Facsimile:      (985) 446-4846
Email:          pamedee@amedeelaw.com

*Counsel for Amanda Granier, in her official capacity as Sales Tax Collector, Lafourche Parish, Louisiana*

*s/ Ross F. Lagarde*

_____
ROSS F. LAGARDE (#27542)
JEFFREY G. LAGARDE (#31823)
ALEXANDER L.H. REED (#37273)
2250 Gause Blvd. East, Suite 301
Slidell, Louisiana 70461
Telephone:      (985) 605-0527
Facsimile:      (985) 605-0526
Email:          ross@rlagardelaw.com

*Counsel for Jamie Butts, in her official capacity as Sales Tax Auditor, Washington Parish, Louisiana*

*s/ Drew M. Talbot*

_____
DREW M. TALBOT (#31338)
Rainer, Anding & Talbot
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, LA 70810
Telephone:      (225) 766-0200
Facsimile:      (225) 766-0279
Email:          drew@ramlaw.net

*Counsel for Donna Drude, in her official capacity as Sales and Use Tax Administrator, Tangipahoa, Louisiana*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of December 2021, I electronically filed the foregoing Ex Parte Motion for Leave to Exceed Page Limitation and Memorandum in Support Thereof with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.


*s/ Patrick M. Amedee*
_____
PATRICK M. AMEDEE (02448)

2