# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| **HALSTEAD BEAD, INC., et al.** | **CIVIL ACTION NO.: 2:21-CV-2106** |
| VS. | **JUDGE JANE TRICHE MILAZZO** |
| **KIMBERLY LEWIS, in her official capacity as Louisiana Secretary of Revenue, et al.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Kimberly Lewis, in her official capacity as Louisiana Secretary of Revenue, who respectfully moves this Court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6), or, alternatively, Federal Rule of Civil Procedure 21. As is set forth in the supporting memorandum filed herewith, the Plaintiff has failed to allege facts sufficient to state a claim upon which relief can be granted.

Respectfully submitted,

/s/ Russell J. Stutes, III.
RUSSELL J. STUTES, JR.   (#21147)
RUSSELL J. STUTES, III.   (#38420)
STUTES & LAVERGNE, LLC
600 BROAD STREET
LAKE CHARLES, LA 70601
rjs3@stuteslaw.com
Telephone:  (337) 433-0022
Telecopier:  (337) 433-0601

## CERTIFICATE OF SERVICE

I hereby certified that on the 7th day of January, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for the Defendant.

        /s/ Russell J. Stutes, III
     RUSSELL J. STUTES, III.