UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HALSTEAD BEAD, INC., an Arizona corporation<br>*Plaintiff*<br><br>VERSUS<br><br>KIMBERLY LEWIS, in her official capacity as Louisiana Secretary of Revenue, and<br><br>AMANDA GRANIER, in her official capacity as Sales Tax Collector, Lafourche Parish, Louisiana, and<br><br>DONNA DRUDE, in her official capacity as Sales and Use Tax Administrator of Tangipahoa Parish, Louisiana, and<br><br>JAMIE BUTTS, in her official capacity as Sales Tax Auditor, Washington Parish, Louisiana, and<br><br>LAFOURCHE PARISH, LOUISIANA, a Home Rule Chartered Parish, and<br><br>TANGIPAHOA PARISH, LOUISIANA, a Home Rule Chartered Parish, and<br><br>WASHINGTSON PARISH, LOUISIANA, a Home Rule Chartered Parish<br>*Defendants* | CIVIL ACTION NO: 2:21-cv-02106 H(4) |

---

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

---

NOW INTO COURT, through undersigned counsel comes defendant, **LAFOURCHE PARISH GOVERNMENT** (incorrectly referred to as Lafourche Parish), who out of an abundance of caution, appears specially herein solely for the purpose of bringing this Motion for

Extension of Time to Plead to Plaintiff's Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. In support of this Motion, Lafourche Parish Government states the following:

1. On or about November 15, 2021, Plaintiff filed a Verified Complaint in the United State District Court for the Eastern District of Louisiana.

2. Lafourche Parish Government was purportedly served with the Verified Complaint on February 10, 2022.

3. The time to file responsive pleadings on behalf of Lafourche Parish Government has not yet expired and is currently due on March 3, 2022.

4. Undersigned counsel for Movant has just been retained and additional time is needed to inquire into the facts presented in order to properly and adequately file responsive pleadings in these proceedings.

5. Pursuant to Local Civil Rule 7.8, Defendant certifies that there has been no previous extension of time to plead on behalf of Lafourche Parish Government and that no objection to such extension has been previously filed in the record.

**THEREFORE**, defendant, **LAFOURCHE PARISH GOVERNMENT**, respectfully requests this Honorable Court issue an order extending the time to file an answer, motions and/or other responsive pleadings in this matter for a period of twenty-one (21) days from March 3, 2022, that is up to and including March 24, 2022.

**\*\*Signature Block on Following Page\*\***

Respectfully submitted,

/s/ Michael G. Gee

**MICHAEL G. GEE (20193)**
**MALLORY FIELDS MADDOCKS (35772)**
Porteous, Hainkel & Johnson, L.L.P.
211 West Fifth Street
Thibodaux, LA 70301-3199
Telephone: (985) 446-8451
Telefax: (985) 447-3004
Email: mgee@phjlaw.com
       mmaddocks@phjlaw.com
ATTORNEYS FOR DEFENDANT,
LAFOURCHE PARISH GOVERNMENT

## CERTIFICATE OF SERVICE
(*EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD)

**I DO HEREBY CERTIFY** that on March 2, 2022 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing.

/s/ **Michael G. Gee**

MICHAEL G. GEE
MALLORY FIELDS MADDOCKS

4887-2046-2865, v. 1