IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HALSTEAD BEAD, INC., an Arizona corporation,<br><br>*Plaintiff*,<br><br>*v.*<br><br>KEVIN RICHARDS, in his official capacity as Louisiana Secretary of Revenue, *et al.*<br><br>*Defendants*. | Civil Action No. 2:21-cv-02106-JTM-KWR<br><br>**RESPONSE TO LAFOURCHE *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD** |

On March 2, 2022, counsel for Lafourche Parish Government filed an *Ex Parte* Motion for Extension of Time to Plead (Dkt. No. 71) ("Lafourche Motion"). Halstead Bead, Inc. ("Halstead Bead"), by and through undersigned counsel, take no position on whether this Court should extend the deadline, but is compelled to respond to note the following two considerations:

First, as grounds for more time the Lafourche Parish Government claims it was not served until February 10, 2022. *Id*. at 2, ¶ 2. However, Lafourche Parish was properly served when Amanda Granier, the Lafourche Parish Sales Tax Collector, was delivered a copy of a summons and the Verified Complaint on November 19, 2021. Summons Returned Executed (Dkt. No. 24); Opp. To Parishes' Joint Mot. to Dismiss at 31 n.16 (Dkt. No. 61). Under both Federal Rule of Civil Procedure 4(j)(2) and Louisiana Code of Civil Procedure Article 1265, delivery of service upon any employee of the Parish is sufficient. For practical purposes, this is doubly so when the relevant Parish officer is served at the Parish's government headquarters, as occurred in this case, on November 19. Summons Returned Executed at 2 (Dkt. No. 24). Nevertheless, at Defendant's insistence, a second copy was served on February 10, 2022. Summons Returned Executed (Dkt. No. 66).

1

Because the Parish has been properly served and other counsel appeared for its officer, the previous extensions of time already granted to Lafourche Parish apply here. Therefore, the Parish's Assertion Number 5 that it has not previously requested an extension of time is not technically correct, *see* Lafourche Motion at 2, ¶5, because Lafourche has sought more time and been given it already. *Compare* Consent Motion for Extension of Time to Answer Complaint by Donna Drude, Amanda Granier (Dkt. No. 33) (sales tax collecting officers for Lafourche and Tangipahoa Parishes asking for an extension until January 7, 20222) *with* Minute Order (Dkt. No. 35) (granting an extension to January 7, 2022).

Second, Halstead Bead notes that there is already a hearing scheduled on full briefing between the Plaintiff and Defendants. The hearing is scheduled for March 17, 2022 at 10:00 am. Order Granting Request/Statement for Oral Argument (Dkt. 65). Local Rule 7.8 typically works almost automatically to give defendants a further twenty-one days to respond to a pleading, with a result here of March 24, 2022. Therefore, there is a seven-day lag between the hearing on the substantive motions and the deadline for Lafourche Parish to again answer or move to dismiss. This may result in duplicative work for the Court and parties since many of the same procedural and merits arguments have already been briefed for—and presented at—the upcoming hearing.

Having advised the Court of Halstead Bead's preservation of the argument on proper service of process and the potential calendar conflicts for this case's upcoming hearing, Plaintiff takes no position on whether this Court should grant more time to Lafourche Parish under Local Rule 7.8.

Respectfully submitted,

s/ Joseph Henchman
Joseph Henchman*
Tyler Martinez*
NATIONAL TAXPAYERS UNION FOUNDATION
122 C Street NW, Suite 650

Sarah Harbison (LSBA 31948)
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900

New Orleans, LA 70130  
Telephone: (504) 952-8016  
sarah@pelicaninstitute.org

Washington, DC 20001  
Telephone: (703) 683-5700  
jbh@ntu.org  
tmartinez@ntu.org

Dated: March 3, 2022

*Counsel for Plaintiff*  
\* Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the court's CM/ECF system. A Notice of Docket Activity will be emailed to all registered attorneys currently participating in this case, constituting service on those attorneys:

| | |
|---|---|
| Russell J. Stutes, Jr. | rusty@stuteslaw.com |
| Russell Stutes, III | rjs3@stuteslaw.com |
| Ross Forrest Lagarde | ross@rlagardelaw.com |
| Jeffrey G. Lagarde | jeff@rlagardelaw.com |
| Alexander L. Reed | alex@rlagardelaw.com |
| Drew M. Talbot | drew@ramlaw.net |
| Patrick Amedee | pamedee@amedeelaw.com |
| Catherine Chambers Masterson | cmasterson@amedeelaw.com |
| Joseph Zachary Landry | josephlandry@amedeelaw.com |
| Michael G. Gee | mgee@phjlaw.com |

Dated March 3, 2022

/s Joseph Henchman
Joseph Henchman