UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

---

| | |
|---|---|
| **HALSTEAD BEAD, INC., et al.** | **CIVIL ACTION NO.: 2:21-CV-2106** |
| **VS.** | **JUDGE JANE TRICHE MILAZZO** |
| **KIMBERLY LEWIS, in her official capacity as Louisiana Secretary of Revenue, et al.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

---

## MOTION TO ENROLL AS COUNSEL

NOW INTO COURT comes KIMBERLY LEWIS, in her official capacity as Louisiana Secretary of Revenue (the "LDR"), who moves this Court to enroll ANTONIO C. FERACHI and LUKE MORRIS as counsel of record on behalf of the LDR.

        Respectfully submitted,

        STUTES & LAVERGNE, LLC

        /s/ Russell J. Stutes, III
        RUSSELL J. STUTES, JR. (#21147)
        RUSSELL J. STUTES, III (#38420)
        600 Broad Street
        Lake Charles, LA 70601
        Telephone: (337) 433-0022
        Facsimile: (337) 433-0601
        Email : rusty@stuteslaw.com
                   rjs3@stuteslaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on March 3, 2022, a copy of the foregoing was filed electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which then issued electronic notices of the filing to all registered attorneys in the federal CM/ECF PACER system.

                               /s/ Russell J. Stutes, III
                              RUSSELL J. STUTES, III