# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HALSTEAD BEAD, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2106** |
| **KIMBERLY LEWIS ET AL.** | **SECTION: "H"** |

## ORDER

In light of the conflicting representations made to the Court at the oral argument hearing on March 17, 2022, regarding the process of registering with the Sales and Use Tax Commission for Remote Sellers and utilizing its resources for remote sellers,

**IT IS ORDERED** that Defendants will provide the Court with the necessary credentials to create a Business Account so as to access the Commission's web portal, located at RemoteSellersFiling.la.gov.

New Orleans, Louisiana this 18th day of March, 2022.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1