UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HALSTEAD BEAD, INC.**                                   **CIVIL ACTION**

**VERSUS**                                                **NO. 21-2106**

**KIMBERLY LEWIS ET AL.**                                 **SECTION: "H"**

## ORDER & REASONS

Now before the Court is Kimberly Lewis's Motion to Dismiss for Failure to State a Claim (Doc. 47) and Lafourche Parish's Motion to Dismiss (Doc. 84).

In its most recent Order and Reasons (Doc. 90), the Court held that it lacks subject matter jurisdiction over Plaintiff's claims. As a result, the case was dismissed without prejudice.

Accordingly,

**IT IS ORDERED** that Kimberly Lewis's Motion to Dismiss for Failure to State a Claim (Doc. 47) and Lafourche Parish's Motion to Dismiss (Doc. 84) are **DENIED AS MOOT**.

New Orleans, Louisiana this 23rd day of May, 2022.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1