UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HALSTEAD BEAD, INC.                                        CIVIL ACTION

V.                                                                       NO. 21-2106

KIMBERLY LEWIS, ET AL.                                  SECTION "H"(4)

## JUDGMENT

For reasons issued May 23, 2022, and filed herein (Docs. 90, 91);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be granted in favor of defendants, and against the plaintiff, Halstead Bead, Inc., **DISMISSING** the above-captioned matter **WITHOUT PREJUDICE.**

Signed in New Orleans, Louisiana, this 24th day of May, 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE