# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HALSTEAD BEAD, INC., an Arizona corporation,<br><br>*Plaintiff*,<br><br>*v.*<br><br>KEVIN RICHARD, in his official capacity as Louisiana Secretary of Revenue, *et al.*<br><br>*Defendants*. | Civil Action No. 2:21-cv-02106-JTM-KWR<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Halstead Bead, Inc., appeals the above captioned matter to the United States Court of Appeals for the Fifth Circuit concerning the following:

- Order and Reasons Granting No. 43 Motion to Dismiss (May 23, 2022, Dkt. No. 90);

- Order and Reasons Dismissing Defendant Richard's Motion to Dismiss and Lafourche Parish's Motion to Dismiss as Moot (May 23, 2022, Dkt. No. 91); and

- Judgement Granted in Favor of Defendants and Dismissing the Matter Without Prejudice (May 24, 2022, Dkt. No. 92).

Respectfully submitted,

s/ Joseph Henchman

Sarah Harbison (LSBA 31948)
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 952-8016
sarah@pelicaninstitute.org

Timothy Sandefur*
GOLDWATER INSTITUTE
500 E. Coronado Road

Joseph Henchman*
Tyler Martinez*
NATIONAL TAXPAYERS UNION FOUNDATION
122 C Street NW, Suite 650
Washington, DC 20001
Telephone: (703) 683-5700
jbh@ntu.org
tmartinez@ntu.org

1

Phoenix, AZ 85004
Telephone: (602) 462-5000
litigation@goldwaterinstitute.org

Dated: June 21, 2022

*Counsel for Plaintiff*
\* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the court's CM/ECF system. A Notice of Docket Activity will be emailed to all registered attorneys currently participating in this case, constituting service on those attorneys:

| | |
|---|---|
| Russell J. Stutes, Jr. | rusty@stuteslaw.com |
| Russell Stutes, III | rjs3@stuteslaw.com |
| Ross Forrest Lagarde | ross@rlagardelaw.com |
| Jeffrey G. Lagarde | jeff@rlagardelaw.com |
| Alexander L. Reed | alex@rlagardelaw.com |
| Drew M. Talbot | drew@ramlaw.net |
| Patrick Amedee | pamedee@amedeelaw.com |
| Catherine Chambers Masterson | cmasterson@amedeelaw.com |
| Joseph Zachary Landry | josephlandry@amedeelaw.com |
| Michael G. Gee | mgee@phjlaw.com |
| Mallory Fields Maddocks | mmaddocks@phjlaw.com |

Dated June 21, 2022

/s Joseph Henchman
Joseph Henchman